IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JARMAAL SMITH,

    Plaintiff,

  v.

NANCY ADAMS,

    Defendant.
_____/

No. C 10-04389 CW

ORDER EXTENDING
DISCOVERY CUTOFF

On May 18, 2012, Plaintiff filed a motion for extension of time to conduct further discovery. (Docket No. 44). The motion is granted. The deadline to complete discovery is extended to Sept. 10, 2012.

Dated: 5/23/2012

CLAUDIA WILKEN
United States District Judge