United States District Court

Northern District of California

| | |
|---|---|
| JARMAAL SMITH,<br><br>    Plaintiff,<br><br>   *v.*<br><br>DR. NANCY ADAM, et al.,<br><br>    Defendants. | Case No.: C 10-4389 CW (PR)<br><br>JUDGMENT |

    In accordance with the Court's Order of today's date, judgment is entered against Plaintiff on all counts against all Defendants.  The parties shall bear their own costs.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 3/26/2013

                                    CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE